AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

**FILED**
JUL 27 2000

WILLIAM T. HART, JUDGE
UNITED STATES DISTRICT COURT

Gary Townsend, et al.

v.

Paul Vallas, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 98 C 8080

DOCKETED
JUL 31 20

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that there being no just reason for delay, pursuant to Fed. R. Civ. P.. 54(b), judgment is hereby entered in favor of defendants' Paul Vallas, et al. and against plaintiff Alex Riley dismissing plaintiff Alex Riley's cause of action with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 7/27/2000

William J. Stasiek, Deputy Clerk