AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Gary Townsend, et al. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 98 C 8080 |
| Paul Vallas, et al. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that consistent with the opinion from the United States Court of Appeals for the Seventh Circuit, this Court enters judgment in favor of defendants and against plaintiffs dismissing this case with prejudice.

**DOCKETED**
AUG 2 2 2001

Michael W. Dobbins, Clerk of Court

Date: 8/21/2001

*Carol Wing*
Carol Wing, Deputy Clerk